IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02289-MSK-PAC

RICHARD MARTINEZ, a/k/a RALPH MARTINEZ

Plaintiff,

v.

WENDY KENDELL, and
BRENDA BARKER,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 18th day of April 2006.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02289-MSK-PAC

Richard Martinez
a/k/a Ralph Martinez
Prisoner No. 46209
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215- 0999

Brenda Barker – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Wendy Kendell

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst and the US Marshal Service for service of process on Wendy Kendell and Brenda Barker: AMENDED COMPLAINT FILED 3/21/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/19/06.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk