IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02289-MSK-PAC

RICHARD MARTINEZ, a/k/a RALPH MARTINEZ,

     Plaintiff,

v.

BRENDA BARKER, and
WENDY KENDELL,

     Defendants.
_____ _____

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

Patricia A. Coan, United States Magistrate Judge

     This is a *pro se* prisoner civil rights action under 42 U.S.C. §1983.  The matters before the court are: (1) plaintiff's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254, filed on April 20, 2006; and (2) Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action, filed on April 20, 2006.  The case was referred to the undersigned on April 25, 2006 for pretrial management and to issue recommendations on dispositive motions.

     Plaintiff filed his original complaint on November 10, 2005, alleging that he was convicted of a sex offense in 1982 and that the Denver Reception and Diagnostic Center classified him as a sex offender in November 2000.  He challenged his conditions of confinement based on the sex offender classification and also claimed that his parole was affected by the classification.  Plaintiff was granted leave to proceed under 28 U.S.C.

§1915 on December 29, 2005.

On March 1, 2006, the court ordered plaintiff to file an amended complaint under 42 U.S.C. §1983, stating specific facts to show how each named defendant violated his constitutional rights in relation to plaintiff's conditions of confinement. *See* March 1, 2006 Order Directing Plaintiff to File Amended Complaint, at 3-4.  The court also directed plaintiff "to assert his claims seeking habeas corpus relief in a separate habeas corpus action pursuant to 28 U.S.C. §2241, if he wishes to pursue those claims." *Id.* at 4.

Plaintiff filed an Amended §1983 Complaint on March 21, 2006. The case was then assigned to a district judge and a magistrate judge.  Plaintiff filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 in this action on April 20, 2006. Because Applicant failed to comply with the court's March 1, 2006 Order, it is

**RECOMMENDED** that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254, filed on April 20, 2006, be **DISMISSED WITHOUT PREJUDICE**, so that plaintiff can file a §2241 Application in a separate action.  It is

**FURTHER RECOMMENDED** that Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action ("IFP motion"), filed on April 20, 2006, be **STRICKEN** because this action is not a habeas corpus proceeding. Plaintiff may file his IFP motion in a separate habeas corpus action.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado.  The district judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made.  The district judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge.  The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of de novo review of the recommendation by the district judge and may also waive the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated May 9, 2006.

                                                  BY THE COURT:

                                                  s/ Patricia A. Coan
                                                  PATRICIA A. COAN
                                                  United States Magistrate Judge