IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02289-MSK-PAC

RICHARD MARTINEZ, a/k/a RALPH MARTINEZ,

    Plaintiff,

v.

WENDY KENDELL, and
BRENDA BARKER,

    Defendants.

---

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

---

THIS MATTER comes before the Court on the Magistrate Judge's Recommendation (**#35**). No party has timely objected to the Recommendation. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff commenced this action pursuant to 42 U.S.C. § 1983 challenging his classification as a sex offender. On March 1, 2006, Magistrate Judge Boland ordered the Plaintiff to file an Amended Complaint. He concluded that while some claims were properly characterized as § 1983 claims, others were more properly characterized as habeas corpus claims under 28 U.S.C. § 2241. Therefore, the Magistrate Judge also directed the Plaintiff to file a separate application for habeas corpus relief under 28 U.S.C. § 2241 if he wishes to pursue such claims.

The Plaintiff filed an Amended Complaint, as directed. However, in this same action, he also filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (**#27**). In addition, he filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

Habeas Corpus Action **(#26)**.

Magistrate Judge Coan recommends that the § 2254 habeas application be denied, without prejudice, so that the Plaintiff can commence a separate habeas corpus action under 28 U.S.C. § 2241. She also recommends that the Plaintiff's motion under 28 U.S.C. § 1915 be denied, without prejudice. The Plaintiff has not objected to the Recommendation. The Recommendation is neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED** that:

(1)  The Recommendation **(#35)** is **ADOPTED**.

(2)  The Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 **(#27)** and the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action **(#26)** are **DENIED**, without prejudice.

(3)  If he so desires, the Plaintiff may commence a separate habeas corpus action pursuant to 28 U.S.C. § 2241 through the filing of an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241."

(4)  The sole claims remaining in this action are those set forth in the Plaintiff's Amended Complaint **(#21)** filed pursuant to 42 U.S.C. § 1983.

Dated this 30th day of May, 2006

**BY THE COURT:**

_Marcia S. Krieger_
_____
Marcia S. Krieger
United States District Judge