IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02289-MSK-PAC

RICHARD MARTINEZ, a/k/a RALPH MARTINEZ,

    Plaintiff,

v.

WENDY KENDELL, and
BRENDA BARKER,

    Defendants.

## ORDER DISMISSING CLAIMS UPON PLAINTIFF'S MOTION AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

THIS MATTER comes before the Court on the Plaintiff's motion **(#49)** seeking to dismiss his own claims. Based thereon,

**IT IS ORDERED** that the motion **(#49)** is **GRANTED**. The Plaintiff's claims are dismissed without prejudice, and the Clerk of Court is directed to close this case.

Dated this 25th day of August, 2006

          **BY THE COURT:**

          */s/ Marcia S. Krieger*

          Marcia S. Krieger
          United States District Judge